UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON WILLIAMSON,<br><br>              Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE dba<br>AMERICAN SERVICING COMPANY, et al.,<br><br>              Defendant(s). | Case No. 2:16-cv-02251-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 4) |

Pending before the Court is Defendant Wells Fargo Bank's Motion to Extend Time to Respond to Plaintiff's Complaint. Docket No. 4. Defendant styles this motion as *ex parte*, but it is not in fact *ex parte* because Defendant served it on Plaintiff. Docket No. 4 at 4; Local Rule IA 7-2(a) (defining *ex parte*). Defendant requests an additional two weeks to respond to Plaintiff's complaint because Defendant's counsel was only recently retained and needs more time to review all of the documents necessary to prepare a response. Docket No. 4 at 2.

Accordingly, for good cause shown, the Court hereby **GRANTS** Defendant's motion, Docket No. 4. Defendant shall file a response to Plaintiff's complaint no later than October 17, 2016. The Court further **INSTRUCTS** the Clerk's Office to correct the docket to reflect the fact that this motion is not *ex parte*.

IT IS SO ORDERED.

Dated: September 29, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE